UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 10-22206-CIV-GRAHAM/TORRES

BR-111 Imports and Exports, Inc.,

    Plaintiff/Counter-Defendant,

v.

INDUSPARQUET INDUSTRIA E COMERCIO
DE MADEIRAS LTDA., FLOOR COMPANY
IMPORTCAO E EXPORTACAO LTDA., and
BRW FLOORS, INC., et.al.

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff BR-111's Verified Emergency Motion for a Temporary Restraining Order and Preliminary Injunction [D.E. 5]; Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Preliminary Injunction [D.E. 21]; Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Issuance of Prejudgment Writ of Replevin [D.E. 10] and Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Temporary Restraining Order Enjoining the Sale or Other Dissipation of the Property at Issue in BRW's Motion for Prejudgment Writ of Replevin [D.E. 58].

**THE COURT** referred the matter to the Honorable United States Magistrate Judge Edwin G. Torres pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 25]. Judge Torres issued a Report and Recommendation [D.E. 62] recommending that all of the motions be denied. Plaintiff and Defendant have both filed objections to the Report [D.E. 68, 69].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Upon review, the Court finds the parties' objections without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 62] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff BR-111's Verified Emergency Motion for a Temporary Restraining Order and Preliminary Injunction [D.E. 5] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Preliminary Injunction [D.E. 21] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Issuance of Prejudgment Writ of Replevin [D.E. 10] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Defendant/Counter Plaintiff BRW's Verified Emergency Motion for Temporary Restraining Order Enjoining the Sale or Other Dissipation of the Property at Issue in BRW's

Motion for Prejudgment Writ of Replevin [D.E. 58] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of October, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Edwin G. Torres
    Counsel of Record